UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 12-10364-PLA                                                                                    Date  March 28, 2013

Title: Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al. v. Martinez Landscape Co., Inc., et al.

PRESENT: THE HONORABLE   PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:
NONE

ATTORNEYS PRESENT FOR DEFENDANTS:
NONE

PROCEEDINGS:        (IN CHAMBERS)

Plaintiff(s) is ordered to show cause in writing **no later than April 11, 2013**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of an Answer by the defendants or plaintiff's request for entry of default as an appropriate response to this OSC, on or before the above date.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED**.

cc:        Counsel of Record

Initials of Deputy Clerk      ch