JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MARTINEZ LANDSCAPE CO, INC., a California corporation; et al.,<br><br>Defendants. | Case No.  CV12-10364-PLA<br><br>Assigned to the Honorable Paul L. Abrams<br><br>[PROPOSED] JUDGMENT |

This action having been commenced on December 4, 2012, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al., and against defendants Martinez Landscape Co, Inc., a California corporation; Salvador Cazares Martinez, an individual and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA

1  PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE
2  SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST
3  FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES
4  CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND
5  JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS
6  AND PIPEFITTERS NATIONAL PENSION FUND; TRUSTEES OF THE
7  INTERNATIONAL TRAINING FUND; and THE LABOR MANAGEMENT
8  COOPERATION COMMITTEE shall recover from defendants MARTINEZ
9  LANDSCAPE CO, INC., a California corporation, and SALVADOR CAZARES
10 MARTINEZ, an individual, jointly and severally, the principal amount of $14,317.54,
11 plus post-judgment interest as provided by law, from the date judgment is entered until
12 paid in full.

14 Dated: April 29, 2013        RONALD S.W. LEW
                                _____
15                              HON. RONALD S.W. LEW
                                Senior, U.S. District Court Judge

**JUDGMENT**

CV 12-10364 JUDGMENT.doc